# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,** PLAINTIFF

v.

**Manuel Basmadjian**, DEFENDANT.

- ☑ LA  ☐ RS  ☐ SA  **DATE FILED:** 12/21/2023
- **CASE NUMBER:** 2:23-cr-00652-HDV   ☐ Under Seal
- **INIT. APP. DATE:** 10/22/2024   **TIME:** 1:30 PM
- **CHARGING DOC:** Indictment
- **DEFENDANT STATUS:** In Custody
- ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
- **VIOLATION:** 21:841B=CD.F; 21:841B=CD.F; 18:924A.F; 18:922G.F
- **COURTSMART**/REPORTER: _(circled)_

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Brianna Fuller Mircheff

**CALENDAR/PROCEEDINGS SHEET — LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Christianna Howard (Deputy Clerk) / William Larsen (Assistant U.S. Attorney) / _____ (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: J. Alejandro Barrientos   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
- ☐ Ordered (see separate order)  ☐ Special appearance by: _____
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 11:30 AM in Los Angeles
- ☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in Los Angeles
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.  ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
    - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
- ☑ Other: Arraignment held. See separate calendar.

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY

**Deputy Clerk Initials** CH : 15

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1